1  NICHOLAS S. CHRISOS, COUNTY COUNSEL
   JEFFREY M. RICHARD, SUPERVISING DEPUTY – State Bar No. 105286
2  jeff.richard@coco.ocgov.com
   MARIANNE VAN RIPER, SR. DEPUTY -- State Bar No. 136688
3  marianne.vanriper@coco.ocgov.com
   WENDY J. PHILLIPS, SR. DEPUTY – State Bar No. 178452
4  wendy.phillips@coco.ocgov.com
   REBECCA S. LEEDS, DEPUTY – State Bar No. 221930
5  rebecca.leeds@coco.ocgov.com
   333 W. Santa Ana Blvd., Ste. 407
6  Santa Ana, CA  92701
   Telephone:   (714) 834-3300
7  Facsimile:   (714) 834-2359

8  Attorneys for Defendants, the County of Orange;
   Ingrid Harita, Director of Social Services Agency;
9  Orange County Social Services Agency;
   Patricia C. Bates, Janet Nguyen,
10 John M.W. Moorlach, Bill Campbell and
   Chris Norby, current members of the
11 Orange County Board of Supervisors

12              **UNITED STATES DISTRICT COURT**

13             **CENTRAL DISTRICT OF CALIFORNIA**

14 JOANN BLACKSTAR, et al.,            )  **CASE NO. 2:09-cv-00568-DSF-MLG**
                                       )
15                                     )
            Plaintiffs,                )  **[PROPOSED] PROTECTIVE ORDER**
16                                     )  **RELATING TO DISCOVERY OF**
                                       )  **CONFIDENTIAL INFORMATION**
17    v.                               )
                                       )
18                                     )
   COUNTY OF ORANGE, et al.,           )  NOTE: CHANGES HAVE BEEN
19                                     )  MADE TO THIS DOCUMENT
                                       )
20          Defendants.                )
                                       )
21 _____ )

22         GOOD CAUSE APPEARING THEREFORE AND IN ACCORDANCE WITH

23 THE STIPULATION OF THE PARTIES, IT IS HEREBY ORDERED THAT:

24         1.     In connection with discovery in this action the parties may designate any

25 document, thing, material, testimony or other information derived therefrom, as

26 "Confidential" under the terms of this Stipulated Protective Order (hereinafter "Order").

27 For purposes of this Order Confidential information is information which is protected

28 from disclosure under statutory and/or regulatory authorities as delineated in the

OFFICE OF THE COUNTY COUNSEL
COUNTY OF ORANGE

1    Stipulation of the Parties.

2        2.      This Order is establishing a standard of confidentiality for the parties that is

3    similar to the confidentiality that binds the Orange County Social Services Agency

4    ("SSA") as the administrator of the public assistance programs at issue in this litigation.

5        3.      Confidential materials shall, however, not include any documents

6    concerning information that at any time has been: (i) produced, disclosed or made

7    available to the public or otherwise available for public access; (ii) disclosed in

8    connection with any governmental public filing and which documents or information

9    could not reasonably be assumed to be or have been intended to be kept confidential; (iii)

10   published, communicated or disseminated to others who are not obligated, whether by

11   this Order or otherwise, to maintain the confidentiality of information contained therein;

12   or (iv) any document that has not been preserved or maintained in a manner calculated to

13   preserve its confidentiality.  The occurrence of any of the conditions listed in (i) through

14   (iv) of this paragraph serves as a waiver of the previous designation of material as

15   "confidential."  If, however,  a condition listed in (i) through (iv) of this paragraph occurs

16   through the inadvertence of the party seeking to keep the information confidential, such

17   occurrence will not serve as a waiver if the party takes prompt action to reverse the

18   inadvertent disclosure.  Should the non-designating party take any action that

19   compromises confidentiality, whether inadvertent or otherwise, the non-designating party

20   will make reasonable efforts to reverse that condition.

21       4.      By designating a document, thing, material, testimony or other information

22   derived therefrom as "confidential," under the terms of this Order, the party making the

23   designation is certifying to the Court that there is a good faith basis both in law and in

24   fact for the designation within the meaning of Federal Rule of Civil Procedure 26(g).

25       5.      Confidential documents shall be so designated by stamping copies of the

26   document produced to a party with the legend "CONFIDENTIAL."  Stamping the legend

27   "CONFIDENTIAL" on the cover of any multipage document shall designate all pages of

28   the document as confidential, unless otherwise indicated by the producing party.

OFFICE OF THE COUNTY COUNSEL
COUNTY OF ORANGE

OFFICE OF THE COUNTY COUNSEL
COUNTY OF ORANGE

1    6.    Testimony taken at a deposition, conference, hearing or trial may be

2  designated as confidential by making a statement to that effect on the record at the

3  deposition or other proceeding.  Arrangements shall be made with the court reporter

4  taking and transcribing such proceeding to separately bind such portions of the transcript

5  containing information designated as confidential, and to label such portions

6  appropriately.

7    7.    Material designated as confidential under this Order, the information

8  contained therein, and any summaries, copies, abstracts, or other documents derived in

9  whole or in part from material designated as confidential (hereinafter "Confidential

10  Material") shall be used only for the purpose of the prosecution, defense, or settlement of

11  this action, and for no other purpose.

12    8.    Confidential Material produced pursuant to this Order may be disclosed or

13  made available only to the Court, to counsel for a party (including the paralegal, clerical,

14  and secretarial staff employed by such counsel), and to the "qualified persons" designated

15  below:

16    a.    a party, or an officer, director, or employee of a party deemed

17  necessary by counsel to aid in the prosecution, defense, or settlement of this action;

18    b.    experts or consultant (together with their clerical staff) retained by

19  such counsel to assist in the prosecution, defense, or settlement of this action;

20    c.    court reporter(s) employed in this action, including stenographers and

21  video technicians;

22    d.    copying and computer services for the purposes of copying, indexing,

23  or producing documents; and

24    e.    any other person as to whom the parties in writing agree.

25    9.    Depositions shall be taken only in the presence of qualified persons.

26    10.    Nothing herein shall impose any restrictions on the use or disclosure by a

27  party of material obtained by such party independent of discovery in this action, whether

28  or not such material is also obtained through discovery in this action, or from disclosing

1   its own Confidential Material as it deems appropriate.

2        11.   If Confidential Material, including any portion of a deposition transcript

3   designated as Confidential is included in any papers to be filed in support of a motion to

4   be heard by the assigned magistrate judge, such papers shall be labeled "Confidential –

5   Subject to Court Order" and filed under seal until further order of this Court.  The parties

6   recognize, pursuant to Judge Dale S. Fischer's Standing Order, this stipulated protective

7   order cannot be used as the basis for filing confidential materials under seal in connection

8   with a hearing or trial before Judge Fischer.  Should the parties need to file confidential

9   materials under seal in connection with a hearing or trial before Judge Fischer a separate

10  application must be made to Judge Fischer.  (See, Judge Fischer's Standing Order,

11  revised August 27, 2008, at p. 4, ¶ 6.)

12       12.   In the event that any Confidential Material is used in any court proceeding in

13  this action, it shall not lose its confidential status through such use, and the party using

14  such shall take all reasonable steps to maintain its confidentiality during such use.

15       13.   This Order shall be without prejudice to the right of the parties (i) to bring

16  before the Court at any time the question of whether any particular document or

17  information is confidential or whether its use should be restricted or (ii) to present a

18  motion to the Court under FRCP 26(c) for a separate protective order as to any particular

19  document or information, including restrictions differing from those as specified herein.

20  This Order shall not be deemed to prejudice the parties in any way in any future

21  application for modification of this Order.

22       14.   This Order is entered solely for the purpose of facilitating the exchange of

23  documents and information between the parties to this action without involving the Court

24  unnecessarily in the process.  Nothing in this Order nor the production of any information

25  or document under the terms of this Order nor any proceedings pursuant to this Order

26  shall be deemed to have the effect of an admission or waiver by either party or of altering

27  the confidentiality or nonconfidentiality of any such document or information or altering

28  any existing obligation of any party or the absence thereof.

OFFICE OF THE COUNTY COUNSEL
COUNTY OF ORANGE

-4-

15.     This Order shall survive the final termination of this action, to the extent that the information contained in Confidential Material is not or does not become known to the public, ~~and the Court shall retain jurisdiction to resolve any dispute concerning the use of the information disclosed hereunder~~.  Upon termination of this case, counsel for the parties shall assemble and return to each other all documents, material and deposition transcripts designated as confidential and all copies of same, or shall certify the destruction thereof.

**IT IS SO ORDERED.**

DATED: May 4, 2009

_____
Honorable Marc L. Goldman,
United States Magistrate Judge

OFFICE OF THE COUNTY COUNSEL
COUNTY OF ORANGE

OFFICE OF THE COUNTY COUNSEL
COUNTY OF ORANGE

1

## CERTIFICATE OF SERVICE

2

3

I do hereby declare that I am a citizen of the United States employed in the County of Orange, over 18 years old and that my business address is 333 W. Santa Ana Blvd., Ste. 407, Santa Ana, California  92701.  I am not a party to the within action.

4

5

On May 1, 2009, I served a copy the foregoing **[PROPOSED] PROTECTIVE ORDER RELATING TO DISCOVERY OF CONFIDENTIAL INFORMATION** on all counsel of record to this action by placing a true copy of said document in the following manner:

6

7

8

9

[X] (BY U.S. MAIL) I placed such envelope(s) addressed as shown below (last known addresses) for collection and mailing at Santa Ana, California, following our ordinary business practices.  I am readily familiar with this office's practice for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

10

Attorneys for Plaintiffs

11

12

13

14

15

16

Kenneth W. Babcock, Esq.
Gary B. Mcgaha, Esq
Ezequiel Gutierrez, Jr., Esq.
PUBLIC LAW CENTER
601 Civic Center Drive West
Santa Ana, Ca  92701-4002
Facsimile: (714) 541-5157
kbabcock@publiclawcenter.org
gmcgaha@publiclawcenter.org
egutierrez@publiclawcenter.org

17

18

I hereby certify that I caused the foregoing **[PROPOSED] PROTECTIVE ORDER RELATING TO DISCOVERY OF CONFIDENTIAL INFORMATION** to be served on May 1, 2009, upon all counsel of record listed below by electronic filing utilizing CM/ECF:

19

| Attorneys for Plaintiffs | Attorneys for Plaintiffs |
|---|---|

20

21

22

23

24

25

| Robert D. Newman, Esq.<br>Richard A. Rothschild, Esq.<br>Jennifer A. Flory, Esq.<br>WESTERN CENTER ON LAW &<br>POVERTY<br>3701 Wilshire Blvd Ste. 208<br>Los Angeles, Ca  90010<br>Facsimile: (213)487-0242<br>rnewman@wc1p.org<br>rrothschild@wc1p.org<br>jflory@wc1p.org | Emma Leheny, Esq.<br>Lisa C. Demidovich, Esq.<br>ROTHNER SEGALL GREENSTONE &<br>LEHENY<br>510 S Marengo Ave.<br>Pasadena, Ca  91101-3115<br>Facsimile: (626) 577-0124<br>eleheny@rsgllabor.com<br>Idemidovich@rsgllabor.com |

26

27

28

1  | Attorneys for Plaintiffs

2  | Brett J. Williamson, Esq.
   | Phillip R. Kaplan, Esq.
3  | Kristopher M. Dawes, Esq.
   | O'MELVENY & MEYERS LLP
4  | 610 Newport Center Drive, 17th Floor
   | Newport Beach, CA 92660-6429
5  | Facsimile: (949) 823-6994
   | bwilliamson@omm.com
6  | pkaplan@omm.com
   | kdawes@omm.com

7

8

        I declare that I am employed in the office of a member of the Bar of this Court at
9  whose direction the service was made.

10

        Executed this 1st day of May, 2009, at Santa Ana, California.

11

12

13                                         _____
                                           Marzette L. Lair
14

OFFICE OF THE COUNTY COUNSEL
COUNTY OF ORANGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE
O:\ECF Ready\[Proposed] Protective Order Relating to Discovery etc. (final).doc